EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| Aprobación de Cambio de Estatus Inactivo de marzo de 2024 | 2024 TSPR 43<br><br>213 DPR ___ |

Número del Caso:  EM-2024-0005

Fecha:  30 de abril de 2024

Materia: Aprobación de Cambio de Estatus Inactivo de marzo de 2024.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Aprobación de Cambio de
Estatus Inactivo de          EM-2024-0005
marzo de 2024

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de abril de 2024.

Durante el periodo de marzo de 2024, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

| | |
|---|---|
| Lugo Fournier, Carmen A. | 5,637 |
| Fumero Pérez, Elisa A. | 7,645 |
| Morales Rosario, Evelyn | 7,860 |
| Aguirre Chico, Yadira M. | 11,762 |
| Torres Berrios, Daisy | 15,591 |

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.



Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo